UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE UNITED STATES OF AMERICA

        -v-                                            NOTICE OF APPEARANCE

**MARCELLO TREBITSCH**                   Crim. No. 15 MAG 1196
      a/k/a "Yair Trebitsch,"

             Defendant.
-------------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Ben Brafman, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for Defendant Marcello Trebitsch in the above-captioned matter.

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com

Dated: May 7, 2015
       New York, NY