UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARCELLO TREBITSCH,
   a/k/a "Yair Trebitsch,"

            Defendant.

**ORIGINAL**

**Order of Continuance**

**15 Mag. 1196**

     Upon the application of the United States of America and the affirmation of Daniel S. Goldman, Assistant U.S. Attorney for the Southern District of New York, it is found that on April 10, 2015, defendant MARCELLO TREBITSCH was charged by complaint with securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, and wire fraud, in violation of 18 U.S.C. § 1343. TREBITSCH was arrested on April 13, 2015, appeared in this District, and was released the same day pursuant to certain bail conditions.

     It is further found that the defendant was presented in this district before United States Magistrate Judge Debra C. Freeman on April 13, 2015, and continued on release pursuant to a $500,000 bond, secured by three financial responsible persons and $200,000 in property, and other bail conditions.

     It is further found that Benjamin Brafman, Esq., counsel for defendant, and Assistant U.S. Attorneys Daniel S. Goldman and Amy Lester have been engaged in, and are continuing, discussions concerning a possible disposition of this case.

     It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 13 2015

specifically waived his right to be charged in an indictment or information for an additional 30 days.

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until June 12, 2015, and that a copy of this Order and the affirmation of Assistant U.S. Attorney Daniel S. Goldman be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       May 13, 2015

_____
HON. ANDREW J. PECK
United States Magistrate Judge